MDL 1554

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 12 2003

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

MDL-1554 -- IN RE INITIAL PUBLIC OFFERING (IPO) SECURITIES LITIGATION

CONSENT OF TRANSFEREE COURT

The United States District Court for the Southern District of New York hereby consents to the assignment of the actions involved in the above-described litigation to the Honorable Shira Ann Scheindlin for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

[signature]
Chief Judge

Date: 8/6/03

PLEADING NO. 32

AFTER APPROVAL, PLEASE RETURN ORIGINAL FORM TO:

Office of the Clerk
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, D.C. 20002-8004

THIS ASSIGNMENT IS CONFIDENTIAL UNTIL ORDER OF TRANSFER IS FILED BY THE PANEL

IMAGED AUG 14 '03

OFFICIAL FILE COPY